Vito A. Costanzo (SBN 132754)
Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
vito.costanzo@hklaw.com
stacey.wang@hklaw.com

Attorneys for Defendant
Additional Counsel Listed on Signature Page

Lisa Borodkin, Attorney at Law
Lisa J. Borodkin, Esq., State Bar No. 196412
lisa@lisaborodkin.com
Damion D.D. Robinson, Esq., State Bar No. 262573
damion@lisaborodkin.com
2009 Clark Lane B
Redondo Beach, California 90278
Telephone: (323) 337-7933

Attorneys for Plaintiff
Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELINOR SHAPIRO,<br><br>        Plaintiff,<br><br>vs.<br><br>HASBRO, INC.,<br><br>        Defendant. | CASE NO. 2:15-cv-02964-BRO-AJW<br>[Consolidated with 2:16-cv-05750]<br>**ORDER ON**<br>**STIPULATION OF DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

STIPULATION OF DISMISSAL

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elinor Shapiro ("Shapiro") and Defendant Hasbro, Inc. ("Hasbro"), having entered into a Settlement and Release Agreement and stipulated to this dismissal, hereby stipulate as follows:

This action, including any and all claims, counterclaims and associated appeals, is dismissed; this dismissal is <u>with</u> prejudice, and Shapiro and Hasbro both (a) waive their right to appeal, and (b) agree that each shall bear its own costs and attorneys' fees.

Dated: December 16, 2016          Respectfully submitted,

HOLLAND & KNIGHT LLP

By:   */s/ Joshua C. Krumholz*
    Joshua C. Krumholz
    Vito A. Costanzo
    Stacey H. Wang
    Courtney L. Batliner
    Jacob W. S. Schneider

*Attorneys for Defendant HASBRO, INC.*

Dated: December 16, 2016          Respectfully submitted,

LISA BORODKIN, ATTORNEY AT LAW

By:   */s/* Lisa J. Borodkin
    Lisa J. Borodkin

KING HOLMES PATERNO & SORIANO, LLP
Howard E. King, Esq., State Bar No. 77012

GAGNIER MARGOSSIAN, LLP
Christina M. Gagnier, Esq., State Bar No. 264578
Stephanie Margossian, Esq, State Bar No. 259762

SALLY & FITCH LLP
Jonathan W. Fitch, Esq

*Attorneys for Plaintiff ELINOR SHAPIRO*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                              */s/ Stacey H. Wang*
                              Stacey H. Wang

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

IT IS SO ORDERED.

DATED: December 22, 2016

UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL